**FILED**
OCT 2 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-FILED**

SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICKI S. SINGER (Bar No. 148699)
JOHN G. GHERINI (Bar No. 220981)
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
General Electric Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and DOES 1 through 25,<br><br>Defendants. | CASE NO. C 05-0772 PJH<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE; [PROPOSED] ORDER** |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff STATE FARM GENERAL INSURANCE COMPANY ("Plaintiff") and Defendant GENERAL ELECTRIC COMPANY ("Defendant"), by and through their attorneys of record, hereby submit to the following Stipulation to continue the deadline for completion of mediation in the above-referenced matter from October 28, 2005 to January 20, 2006.

### REASON FOR REQUEST

The parties have worked in good faith to conduct the necessary discovery in order to prepare this case for a meaningful mediation. Both parties agree that the deposition of the insureds must occur before either party can meaningfully evaluate the case. The parties are working diligently to set up the deposition of the insureds, but have not been able to reach them to date. Counsel for Plaintiff suspects the insureds have been on vacation. After the deposition

-1-

SF/1294370v1

STIPULATION TO CONTINUE MEDIATION DEADLINE
CASE NO.:C 05-0772 JCS

of the insureds, the parties will be able to better assess whether any other discovery is necessary before a mediation.

Accordingly, the parties stipulate and request that the Court vacate the current mediation deadline of October 28, 2005 and continue the deadline for completion of mediation to January 20, 2006.

## STIPULATION

1. The parties agree to participate in mediation after the necessary discovery has been concluded.

2. The parties stipulate and request that the Court extend the mediation deadline from October 28, 2005, to January 20, 2006.

**IT IS SO STIPULATED.**

DATED: October 21, 2005

THE LAW OFFICES OF HUBERT & YASUTAKE

By: _____
Darrell Yasutake, Esq.
Attorneys for Plaintiff
STATE FARM GENERAL INSURANCE COMPANY

DATED: October __, 2005

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
John G. Gherini
Attorneys for Defendant
General Electric Company

**[PROPOSED] ORDER ON FOLLOWING PAGE**

SF/1294370v1

-2-
STIPULATION TO CONTINUE MEDIATION DEADLINE
CASE No.: C 05-0772 JCS

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the deadline for mediation in the above captioned matter is hereby continued to January 20, 2006.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

UNITED STATES DISTRICT JUDGE