1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICKI S. SINGER  (Bar No. 148699)
2  JOHN G. GHERINI  (Bar No. 220981)
   One Embarcadero Center, 16th Floor
3  San Francisco, California 94111-3628
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendant
   General Electric Company
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | STATE FARM GENERAL INSURANCE | CASE NO. C 05-0772 PJH
   | COMPANY,                     |
12 |                              | **STIPULATION TO CONTINUE**
   |         Plaintiff,           | **MEDIATION DEADLINE; [**~~PROPOSED~~**]**
13 |                              | **ORDER**
   |         v.                   |
14 |                              |
   | GENERAL ELECTRIC COMPANY and |
15 | DOES 1 through 25,           |
   |                              |
16 |         Defendants.          |

17

18       Pursuant to Local Rules 6-2 and 7-12, Plaintiff STATE FARM GENERAL INSURANCE

19 COMPANY ("Plaintiff") and Defendant GENERAL ELECTRIC COMPANY ("Defendant"), by

20 and through their attorneys of record, hereby submit to the following Stipulation to continue the

21 deadline for completion of mediation in the above-referenced matter from January 31, 2006 to

22 April 28, 2006.

23                              **REASON FOR REQUEST**

24       The parties have worked in good faith to conduct the necessary discovery in order to

25 prepare this case for a meaningful mediation.  State Farm provided timely discovery responses and

26 the parties thereafter worked diligently to set up the depositions of the insureds, which were

27 necessary to prepare the case for mediation.  It took longer then expected because the parties

28 attempted to accommodate the insureds' schedules.  General Electric Company did take the

1  deposition of insured Irvin Holmes and most of the deposition of insured Kathleen Holmes, but
2  was unable to finish that deposition due to Ms. Holmes schedule.  For this reason, the parties
3  were not able to conduct a mediation by the end of January as previously anticipated.
4        The parties have agreed to use mediator Vivian Williamson and have requested dates from
5  her office for a mediation in late March or early April.

6  **STIPULATION**

7     1.   The parties agree to participate in mediation after the necessary discovery has been
8  concluded.
9     2.   The parties agree to use Vivian Williamson as the mediator for this case.
10    3.   For the reasons stated herein, the parties stipulate and request that the Court
11 extend the mediation deadline from January 31, 2006, to April 28, 2006.
12 **IT IS SO STIPULATED.**
13
14 DATED: January 31, 2006            THE LAW OFFICES OF HUBERT & YASUTAKE
15
16
17 By: /S/ Darrell Yasutake, Esq.
18 Attorneys for Plaintiff
   STATE FARM GENERAL INSURANCE
19 COMPANY
20
21 DATED: January 31, 2006            SEDGWICK, DETERT, MORAN & ARNOLD LLP
22
23
24 By: /S/ John G. Gherini
25 Attorneys for Defendant
   General Electric Company
26
27 **[PROPOSED] ORDER ON FOLLOWING PAGE**
28

1 **[~~PROPOSED~~] ORDER**

2 Pursuant to the Stipulation above, the deadline for mediation in the above captioned

3 matter is hereby continued to April 28, 2006.

4

5 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6 DATED: 2/7/06

7 _____
  UNITED STATES DISTRICT JUDGE

8 FINAL CONTINUANCE!

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28