| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | MICKI S. SINGER (Bar No. 148699) |
| 2 | JOHN G. GHERINI (Bar No. 220981) |
| | One Market Plaza, Steuart Tower, 8th Floor |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 781-7900 |
| 4 | Facsimile: (415) 781-2635 |
| 5 | Attorneys for Defendant |
| | GENERAL ELECTRIC COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, | CASE NO. C 05-0772 PJH |
| Plaintiff, | STIPULATION TO CONTINUE DEADLINE FOR HEARING ON DISPOSITIVE MOTIONS; [~~PROPOSED~~] ORDER |
| v. | |
| GENERAL ELECTRIC COMPANY and DOES 1 through 25, | |
| Defendants. | |

Pursuant to Local Rules 6.2, 7.2-3, 7.12, Plaintiff STATE FARM GENERAL INSURANCE COMPANY ("Plaintiff") and Defendant GENERAL ELECTRIC COMPANY ("Defendant"), by and through their attorneys of record, hereby submit to the following Stipulation to continue the deadline for hearing dispositive motions from June 6, 2006 to June14, 2006. A proposed briefing schedule is stipulated to below.

**REASON FOR REQUEST**

Pursuant to the Court's prior scheduling order, the parties participated in a mediation before mediator Vivian Williamson on April 25, 2006. The case did not resolve at the mediation. It was clear from the mediation that the case will not settle prior to GE filing a motion for summary judgment. The Court's initial scheduling order listed June 6, 2006 as the last day for hearing dispositive motions in this case. Trial counsel for GE recently learned they will have to

-1-

be out of the country on business from June 5, 2006 to June 9, 2006.

Therefore, the parties, by and through their counsel of record, agree and stipulate as follows:

### STIPULATION

1. The Court continue the last day for hearing dispositive motions from June 6, 2006 to June 14, 2006.

2. The hearing date on GE's motion for summary judgment be set on June 14, 2006.

3. GE will serve State Farm with the appropriate moving papers on May 10, 2006.

4. State Farm's Opposition Papers will be due on May 24, 2006.

5. GE's Reply Brief will be due May 31, 2006.

**IT IS SO STIPULATED.**

DATED: April 26, 2006              THE LAW OFFICES OF HUBERT & YASUTAKE

                                   /s/
                                   By:_____
                                   Darrel K. Yasutake, Esq.
                                   Attorneys for Plaintiff
                                   STATE FARM GENERAL INSURANCE
                                   COMPANY


DATED: April 26, 2006              SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                   /s/
                                   By:_____
                                   John G. Gherini
                                   Attorneys for Defendant
                                   General Electric Company

**[PROPOSED] ORDER ON FOLLOWING PAGE**

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the deadline for hearing dispositive motions is continued from June 6, 2006 to June 14, 2006. GE's Motion for Summary Judgment will be heard on June 14, 2006. GE will serve the moving papers no later than May 10, 2006. State Farm's Opposition will be due May 24, 2006. GE's Reply brief will be due May 31, 2006.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  4/27/06



UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton