```
Darrel K. Yasutake (SB #142927)
HUBERT & YASUTAKE
A Professional Corporation
1390 Willow Pass Road, Suite 360
Concord, California 94520
Telephone: (925)680-4266
Facsimile: (925)680-4259

Attorneys for Plaintiff
STATE FARM GENERAL INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE<br><br>    Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, and<br>DOES 1 TO 25, inclusive,<br><br>    Defendant.<br>_____/ | Case No. C 05-0772 PJH<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** AND ORDER |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to FED. R. CIV. PROC. 41(a)(1) and agreement of the parties.

                              Respectfully Submitted,

Dated: June __23__, 2006      HUBERT & YASUTAKE


                               /s/ *Darrel K. Yasutake*
                              DARREL K. YASUTAKE (Bar No. 142927)
                              HUBERT & YASUTAKE
                              A Professional Corporation

1

```
                                    1390 Willow Pass Road, Suite 360
                                    Concord, California  94520
                                    Telephone: (925) 680-4266
                                    Facsimile: (925) 680-4259

                                    Attorneys for Plaintiff
                                    STATE FARM GENERAL INSURANCE CO.

Dated: June   23   , 2006           SEDGWICK, DETERT, MORAN & ARNOLD


                                     /s/ John G. Gherini
                                    JOHN G. Gherini (Bar No. 220981)

                                    SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                    One Market Plaza, Steuart Tower,
                                    8th Floor
                                    San Francisco, California 94105
                                    Telephone: (415)781-7900
                                    Facsimile: (415)781-2635

                                    Attorneys for Defendant
                                    GENERAL ELECTRIC COMPANY
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/10/06

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE